**Order Denying En Banc Reconsideration and Opinions Dissenting to the Denial of En Banc Reconsideration filed September 17, 2020.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-17-00732-CV**

_____

**HARRIS COUNTY, TEXAS AND KEVIN VAILES, Appellants**

**V.**

**BARBARA COATS, INDIVIDUALLY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMAIL AMRON, DECEASED, AND AS HEIR TO THE ESTATE OF JAMAIL AMRON, DECEASED; AND ALI AMRON, INDIVIDUALLY AND AS HEIR TO THE ESTATE OF JAMAIL AMRON, DECEASED, Appellees**

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2012-5551**

## ORDER DENYING EN BANC RECONSIDERATION

The motion for en banc reconsideration filed by appellees Barbara Coats, Individually, as Personal Representative of the Estate of Jamail Amron, Deceased, and as Heir to the Estate of Jamail Amron, Deceased; and Ali Amron, Individually

and as Heir to the Estate of Jamail Amron, Deceased is DENIED. *See* Tex. R. App. P. 41.2, 49.7; *see also Pinto Tech. Ventures, L.P. v. Sheldon*, 526 S.W.3d 428, 436 (Tex. 2017); *Saenz v. Fidelity & Guar. Ins. Underwriters*, 925 S.W.2d 607, 612 (Tex. 1996) (motion for en banc reconsideration properly overruled when vote evenly divided).


/s/  Kevin Jewell
     Justice


En banc court consists of Chief Justice Frost and Justices Christopher, Wise, Jewell, Bourliot, Zimmerer, Spain, and Poissant. (Justice Hassan not participating).

Justices Bourliot, Zimmerer, Spain, and Poissant voted to grant en banc reconsideration.

Justice Bourliot filed a dissenting opinion, in which Justices Zimmerer and Spain joined, and Justice Poissant joined in part on the merits only.

Justice Spain filed a dissenting opinion, in which Justices Bourliot, Zimmerer, and Poissant joined.

Justice Poissant filed a dissenting opinion, in which Justice Zimmerer joined.